IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SRIKANTH TANGIRALA, | ) | |
| Plaintiff, | ) | 2:10-cv-01328-GEB-KJN |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| L.J.S. TOWING, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff filed a complaint and a motion for a temporary restraining order ("TRO") on May 28, 2010. However, since Plaintiff has not stated a basis for federal subject matter jurisdiction, Plaintiff's motion for a TRO is not decided and Plaintiff's complaint is dismissed for lack of subject matter jurisdiction.

Dated:  June 1, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge