IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SRIKANTH TANGIRALA

       Plaintiff,               No. 2:10-cv-01328 GEB KJN

     vs.

L.J.S. Towing

       Defendant.         <u>ORDER</u>

_____/

       Plaintiff filed a Notice of Citizen Complaint Form on June 1, 2010 (Dkt. No. 7), the same date that this court dismissed Plaintiff's complaint for lack of subject matter jurisdiction.  (Dkt. No. 5.)  To the extent that plaintiff's June 1 filing could be construed as a motion for reconsideration of this court's order of dismissal, that motion is DENIED.  The court properly dismissed plaintiff's complaint for lack of federal subject matter jurisdiction.

Dated: June 3, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1